Nos. 14-1027 and 14-1118

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>CHAPTERHOUSE STUDIOS LLC<br><br>　　　　　Defendant. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division<br><br>Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly |

## DOCKETING STATEMENT PURSUANT TO CIRCUIT RULE 3(C)(1)

Pursuant to Circuit Rule 3(c)(1), Plaintiff-Appellee, Cross Appellant Games Workshop Limited ("Games Workshop"), by and through its attorney, files the following docketing statement:

### District Court Jurisdiction

Subject matter jurisdiction of this action was vested in the district court pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338, and 1367(a). The complaint alleged copyright infringement under 17 U.S.C. § 101 *et seq.*; trademark infringement under 15 U.S.C. § 1114(1) and Illinois common law; use of false designations of origin under 15 U.S.C. § 1125(a); dilution under 15 U.S.C. § 1125(c) and 765 ILCS 1036/65; violation of the Illinois Deceptive Trade Practices Act under 815 ILCS 510/1 *et seq.*; violation of the Illinois Consumer Fraud and Deceptive Business Practices Act under 815 ILCS 505/2 *et seq.*; and unfair competition under Illinois common law.

### Appellate Court Jurisdiction

The United States Court of Appeals for the Seventh Circuit has appellate

jurisdiction over this case pursuant to 28 U.S.C. § 1291. The district court entered judgment as to liability after a jury verdict on June 27, 2013. (Dkt. No. 403.) The parties both moved for judgment as a matter of law pursuant to Fed. R. Civ. P. 50(b) on July 15, 2013. (Dkt. Nos. 408, 409.) The district court denied both motions on December 5, 2013, and also entered a permanent injunction that same day. (Dkt. Nos. 462, 465.) The parties entered into a joint stipulation relating to the injunction on December 13, 2013 (Dkt. No. 469.).

On January 6, 2014, as authorized by the Federal Rules of Appellate Procedure 4(a)(1)(A), Defendant-Appellant, Cross-Appellee Chapterhouse Studios LLC ("Chapterhouse") filed a timely Notice of Appeal (Dkt. No. 471) of (1) the Judgment in a Civil Action entered in this action on June 27, 2013 (Dkt. No. 403.), including all prior and underlying interlocutory orders; (2) the Order on Post-Trial Motions entered in this action on December 5, 2013 (Dkt. No. 462.); and (3) the Permanent Injunction entered in this action on December 5, 2013 (Dkt. No. 465.), as modified by the parties' joint Stipulation Regarding Disposition of Materials on December 13, 2013 (Dkt. No. 469.).

On January 21, 2014, as authorized by the Federal Rules of Appellate Procedure 4(a)(3), Games Workshop filed a timely Notice of Appeal (Dkt. No. 479) of (1) the Judgment in a Civil Action entered in this action on June 27, 2013 (Dkt. No. 403.), including all prior and underlying interlocutory orders; (2) the Order on Post-Trial Motions entered in this action on December 5, 2013 (Dkt. No. 462.); and (3) the Permanent Injunction entered in this action on December 5, 2013 (Dkt. No. 465.)

Prior or Related Appellate Proceedings

On January 6, 2014, Chapterhouse filed a timely Notice of Appeal (Dkt. No. 471) assigned case number 14-1027.  According to the order entered on January 22, 2014,


Chapterhouse's appeal and Games Workshop's cross appeal have been consolidated for purposes of briefing and disposition (Document 6).

Counsel of Record

Jonathan E. Moskin shall be counsel of record in this appeal. His contact information is:

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com

Dated: January 24, 2014

Respectfully submitted,
/s/ Jonathan E. Moskin

    Jason J. Keener (Ill. Bar No. 6280337)
    FOLEY & LARDNER LLP
    321 North Clark Street, Suite 2800
    Chicago, IL 60654-5313
    Telephone: 312.832.4500
    Facsimile: 312.832.4700
    Email: jkeener@foley.com

    Jonathan E. Moskin
    FOLEY & LARDNER LLP
    90 Park Avenue
    New York, New York 10016
    Telephone: (212) 682-7474
    Facsimile: (212) 687-3229
    Email: jmoskin@foley.com

    *Attorneys for Plaintiff-Appellee, Cross-*
      *Appellant Games Workshop Limited*


**CERTIFICATE OF SERVICE**

I, Jonathan E. Moskin, hereby certify that on January 24, 2014, a copy of the foregoing DOCKETING STATEMENT PRUSUANT TO CIRCUIT RULE 3(C)(1) on the parties listed below at the addresses shown by Federal Express and e-mail.

>Tyler G. Johannes
>Winston & Strawn LLP
>35 West Wacker Drive
>Chicago, IL 60601
>T: (312) 558-5600
>F:(312) 558-5700
>tjohannes@winston.com
>Attorneys for Defendant-Appellant, Cross-Appellee

>/s/  Jonathan E. Moskin
>Jonathan E. Moskin
>FOLEY & LARDNER LLP
>90 Park Avenue
>New York, New York 10016
>Telephone:  (212) 682-7474
>Facsimile:  (212) 687-3229
>Email:  jmoskin@foley.com
>
>*Attorneys for Plaintiff-Appellee, Cross-Appellant Games Workshop Limited*